UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| JOHN DOE,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>WILLIAM P. BARR, et al.,<br><br>　　　　　Defendants. | Case No. 20-cv-02141-LB<br><br>**JUDGMENT** |

On December 17, 2020, the court granted the petitioner's habeas petition. Accordingly, the court hereby enters judgment in favor of the petitioner and against the defendants. The court directs the Clerk of Court to close the file in this matter.

**IT IS SO ORDERED.**

Dated: February 13, 2021

_____
LAUREL BEELER
United States Magistrate Judge

JUDGMENT – No. 20-cv-02141-LB